FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 20 2009

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANAS
WESTERN DIVISION

WILLIAM G. TACK AND JOAN B. TACK
FAMILY TRUST                                                             PLAINTIFF

VS.                    NO. 4-09-CV-0515 BSM

CITY OF SHERWOOD, ARKANSAS                                   DEFEENDANT

## ANSWER

COMES the Defendant, City of Sherwood, Arkansas, by their attorneys, Fuqua Campbell, P.A., and for its Answer to the Complaint of the Plaintiff, William G. Tack and Joan B. Tack Family Trust, states:

1. The Defendant denies the allegations of paragraph 1 of the Complaint because of lack of knowledge and information sufficient to form a belief as to the truth of the averments. Reference in this Answer to the "Plaintiff" is not an acknowledgement that the property in question is owned by a trust, particularly in light of allegations in the Complaint that refer to the Tacks individually.

2. The Defendant admits that it is a municipality organized and existing under the laws of the State of Arkansas, located in Pulaski County and that its sewer plant is adjacent to the Plaintiff's property but denies that the plant is on any portion of the Plaintiff's property. The Defendant admits that venue is proper.

3. The Defendant acknowledges the bases of the Plaintiff's claims but denies the allegations of paragraph 3 of the Complaint to the extent that they are factual and require admission or denial.

4. The Defendant denies the allegations of paragraph 4 of the Complaint.

5. The Defendant admits that the City of Sherwood purchased property from the Tacks but denies the remaining allegations of paragraph 5 of the Complaint.

6. The Defendant admits that a part of the sewer plant is visible from a portion of the Plaintiff's property but denies the remaining allegations of paragraph 6 of the Complaint. The Defendant states affirmatively that any odor apparent from the Plaintiff's property is only that inherent in wastewater treatment.

7. The Defendant admits that the City of Sherwood bought additional property from the Plaintiff but denies the remaining allegations of paragraph 7 of the Complaint and denies the remaining allegations of paragraph 7 of the Complaint.

8. The Defendant denies that it has taken the Plaintiff's property without compensation; the Defendant denies that its ponds overflow into the Plaintiff's lake and onto its land; the Defendant denies that it has placed utilities on the Plaintiff's property; the Defendant admits that during a recent flood that it drove trucks over the Plaintiff's road; the Defendant states affirmatively that the road was already potholed but admits that it filled the potholes as a courtesy.

9. The Defendant admits that it made an offer to buy the Plaintiff's property, contingent upon the City Council's approval of the proposed contract, and that the Council did not approve the offer. The Defendants denies the remaining allegations of paragraph 9 of the Complaint.

10. The Defendant admits that Mayor Hillman asked the Tacks for a right of first refusal if they were to offer the property to someone else; the Defendant admits that the Tacks had an appraisal of $449,000.00 and that the City Attorney told the City

Council that the appraiser stood by that appraisal; the Defendant denies the remaining allegations of paragraph 10 of the Complaint.

11. The Defendant denies the allegations of paragraph 11 of the Complaint and states affirmatively that the offer (written by Mr. Tack) expired by its own terms.

12. The Defendant admits that it has received violation notices from the ADEQ in the past and states affirmatively that there have been no affluent violations in the past 12 months and that the City of Sherwood has entered into a consent agreement with the ADEQ to improve the City's entire sewer system; the Defendant denies the remaining allegations of paragraph 12 of the Complaint.

13. The Defendant incorporates by reference its statements and allegations in the preceding paragraphs.

14-17. The Defendant denies the allegations of paragraphs 14-17 of the Complaint.

18. The Defendant incorporates by reference its statements and allegations in the preceding paragraphs.

19-20. The Defendant denies the allegations of paragraphs 19-20 of the Complaint.

21. The Defendant acknowledges the Plaintiff's demand for jury trial and demands a jury trial in its own right.

22. The Defendant denies, generally and specifically, each and every material allegation of the Complaint not admitted herein.

## AFFIRMATIVE DEFENSES

1. The Plaintiff fails to state facts and claims upon which relief can be granted.

2.  With respect to federal takings claims, the Plaintiff has failed to exhaust remedies provided by state law.

3.  The Plaintiffs' claims are barred by waiver, estoppel, and other defenses referred to in Rule 8(c) of the Federal Rules of Civil Procedure.

WHEREFORE, premises considered, the Defendant, City of Sherwood, Arkansas, prays that the Complaint of the Plaintiff, William G. Tack and Joan B. Tack Family Trust, be dismissed, for their costs herein, and for all other appropriate relief.

>FUQUA CAMPBELL, P.A.
>Attorneys at Law
>425 West Capitol Avenue, Suite 400
>Little Rock, Arkansas 72201
>(501) 374-0200
>E-mail: dfuqua@fc-lawyers.com

By: David M. Fuqua
Ark. Bar No. 80048

## CERTIFICATE OF SERVICE

I, David M. Fuqua, hereby certify that a true and correct copy of the foregoing pleading has been served on the following by United States mail, first class postage paid:

Stephen B. Niswanger
Niswanger Law Firm
#5 Innwood Circle, Suite 110
Little Rock, Arkansas 72211

on this 20th day of July, 2009.

David M. Fuqua